AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2010

GREGORY C. LANGHAM
CLERK

| | | |
|---|---|---|
| Thomas Nelson, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:09cv0574 |
| Mark Olsen | ) | |
| *Defendant* | ) | |

10-RJ-0009

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/13/2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: APR 19 2010

KEITH THROCKMORTON
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS NELSON, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09-cv-00574 |
| MARK OLSEN, | ) |
| Defendant. | ) |

## AGREED FINAL JUDGMENT

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties have agreed to a final judgment in favor of Plaintiff, Thomas Nelson, Inc. in the amount of $97,500, plus interest. It is therefore,

ORDERED that:

1. Plaintiff shall be awarded Judgment against Defendant in the amount of $97,500, plus interest at the statutory rate of 10% accruing as of the date of the entry of this Judgment.

2. The court costs shall be taxed to Defendant, for which execution shall issue if necessary.

_____
JUDGE JOHN T. NIXON